# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES J. SPIKES, JR.

NO. 2019 KW 1559

**MAR 0 3 2020**

In Re:     James J. Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR4-128964.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documents showing the habitual offender adjudication was vacated and any other pertinent documents from the district court record that might support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before April 28, 2020, and should include the missing items noted above and a copy of this ruling.

**VGW**
**JMG**

**Theriot, J.,** concurs. Relator's conviction, habitual offender adjudication, and sentence became final fourteen days after September 15, 2017, when he failed to seek a rehearing on this court's opinion on his appeal with the Louisiana Supreme Court. See La. Code Crim. P. art. 922(B). Thus, relator's claim that the 2017 changes to the Habitual Offender Law, which have prospective application only, is without merit on its face, as his conviction and sentence became final before November 1, 2017, which is the effective date of the changes to the law. 2017 La. Acts No. 282, §2; **State v. Lyles**, 19-0203 (La. 10/22/19), ___ So.3d ___, 2019 WL 5435291 (per curiam).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT